AO 106 (rev. 04/10) Application for a Search Warrant

AUSA Jonathan L. Shih, (312) 353-5361



FILED
5/26/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

Certain accounts that are stored at Sniffies, LLC, further described in Attachment A

Case No. 23 M 559

Ref. No. 22 GJ 2017

# APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Nicholas J. Murphy, a Special Agent of the Federal Bureau of Investigation, request a search warrant and state under penalty of perjury that I have reason to believe that on the following property or premises:

**See Attachment A**

located in the Eastern District of Washington, there is now concealed:

**See Attachment A, Part III**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence and instrumentalities.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2261A | cyberstalking |

The application is based on these facts:

**See Attached Affidavit,**

Continued on the attached sheet.

_____
*Applicant's Signature*

NICHOLAS J. MURPHY, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Pursuant to Fed. R. Crim. P. 4.1, this Application is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the statements in the Application and Affidavit by telephone.

Date: May 26, 2023                    1:15pm

_____
*Judge's signature*

City and State: Chicago, Illinois

JEFFREY COLE, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT    )
          )
NORTHERN DISTRICT OF ILLINOIS    )

## <u>AFFIDAVIT</u>

I, Nicholas J. Murphy, being duly sworn, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately 2016.

2.     As part of my duties as an FBI Special Agent, I investigate criminal violations relating to cybercrimes and computer fraud. I have participated in the execution of multiple federal search warrants.

3.     This affidavit is made in support of an application for a warrant to search, pursuant to Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), for information associated with certain account(s) that are stored at the premises owned, maintained, controlled, or operated by Sniffies, LLC, ("Sniffies") an online dating company located at 522 W. Riverside Ave., Ste N., Spokane, WA 99201. The accounts to be searched are listed below, which are further described in the following paragraphs and in Part II of Attachment A. As set forth below, there is probable cause to believe that in the accounts, described in Part II of Attachment A, in the possession of Sniffies there exists evidence of violations of Title 18, United States Code, Section 2261A. I refer to the accounts listed below collectively as the "**Subject Accounts**"

## Subject Accounts:[1]

a.   User ID: 63a869489f4fc5001c1419ec ("Subject Account 1")

b.   User ID: 6399076602908f001d0cd5c5 ("Subject Account 2")

c.   User ID: 633bfc10c8564f001de6046c ("Subject Account 3")

d.   User ID: 627f063648b44816568ced99 ("Subject Account 4")

e.   User ID: 6258d7031062620f721eedcb ("Subject Account 5")

f.   User ID: 62426a88194e296b64e863a4 ("Subject Account 6")

g.   User ID: 633822995bcde9001d39ae97 ("Subject Account 7")

h.   User ID: 633f7963225d1c001db8b543 ("Subject Account 8")

i.   User ID: 634b32d5a94a67001db1dee2 ("Subject Account 10")

j.   User ID: 6340f195a81b6e001d72db3d ("Subject Account 11")

k.   User ID: 62deb4a1b20284001d3e81ab ("Subject Account 12")

l.   User ID: 62e0c61d4e6191001d7d03df ("Subject Account 13")

m.   User ID: 62e3ff97499ed3001f77804f ("Subject Account 14")

n.   User ID: 62ec2e0994d20a001e4b4f31 ("Subject Account 15")

o.   User ID: 62f0026b33e8d2001d4cac64 ("Subject Account 16")

p.   User ID: 62fac2c6904a24002b153568 ("Subject Account 17")

q.   User ID: 62fb0c1bd882e4007e3026c7 ("Subject Account 18")

r.   User ID: 630c0a9289e59a059fd99893 ("Subject Account 19")

---

[1] Subject Account 9 and Subject Account 32 were deliberately omitted from this list.

2

s.      User ID: 630c1c1c83cba3051a94d6bd ("Subject Account 20")

t.      User ID: 630c29e6dcde4a00d2140672 ("Subject Account 21")

u.      User ID: 630e550b581c94004312b811 ("Subject Account 22")

v.      User ID: 631b9b084fcfe908fa696ce0 ("Subject Account 23")

w.      User ID: 631f333e0e0a00038766aac1 ("Subject Account 24")

x.      User ID: 632b64a734e67b0020981fd1 ("Subject Account 25")

y.      User ID: 632f22fec5fde9001c3b67e8 ("Subject Account 26")

z.      User ID: 6303c9a24a858401c62ac99b ("Subject Account 27")

aa.      User ID: 6324d67d18dc76001eac2bed ("Subject Account 28")

bb.      User ID: 6327ce780d935c001d0992a3 ("Subject Account 29")

cc.      User ID: 6335a1b79d4951001fe9a649 ("Subject Account 30")

dd.      User ID: 63011f968f6d68013c954a7c ("Subject Account 31")

ee.      User ID: 63082c61f7d11d00cf8d8d51 ("Subject Account 33")

ff.      User ID: 63090afc82dde3001f8c330b ("Subject Account 34")

gg.      User ID: 63372b72535c5e001da50852 ("Subject Account 35")

hh.      User ID: 630106dcfdafde001d035637 ("Subject Account 36")

ii.      User ID: 630565e244bbf8002cf60328 ("Subject Account 37")

jj.      User ID: 630568caac5c79007fd5a215 ("Subject Account 38")

kk.      User ID: 6308000ce1b88f002b47b5cd ("Subject Account 39")

ll.      User ID: 63af1ec875d693001d2c8f42 ("Subject Account 40")

mm.    User ID: 63d4b05ad695fe001ce368a9 ("Subject Account 41")

nn.     User ID: 64174cdb026314001dfcc2df ("Subject Account 42")

4.     The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence and instrumentalities of violations of Title 18, United States Code, Section 2261A, are located in the **Subject Accounts**.

## I.     BACKGROUND INFORMATION REGARDING SNIFFIES

5.     Based on my training and experience, and information available from Sniffies, LLC's website (sniffies.com), I have learned the following about Sniffies:

a.     Sniffies is an American-based dating application company which describes itself as a modern, map-based, meeting application for gay, bi and curious men.

b.     Sniffies maintains electronic records pertaining to the individuals and entities who create Sniffies accounts. These records often include account access

4

information, e-mail transaction information, account application information, messaging information[2] and in some circumstances billing and payment information.

      c.     Therefore, the computers of Sniffies are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Sniffies such as account access information, transaction information, and account application. In order to accomplish the objective of the search warrant with a minimum of interference with the business activities of Sniffies to protect the rights of the subject of the investigation and to effectively pursue this investigation, authority is sought to allow Sniffies to make a digital copy of the entire contents of the information subject to seizure specified in Section II of Attachment A. That copy will be provided to me or to any authorized federal agent. The contents will then be analyzed to identify records and information subject to seizure pursuant to Section III of Attachment A.

---

[2] On or about January 31, 2023, I served a Grand Jury subpoena on Sniffies seeking, among other things, subscriber, payment and IP address information for certain Sniffies accounts related to this investigation, including some of the **Subject Accounts**. The Grand Jury subpoena did not request communications related to the accounts. Since that time, Sniffies has produced information to the FBI related to the **Subject Accounts**, including voluntarily producing communications to and from the **Subject Accounts**. I believe that the FBI has legal authority to review and utilize these voluntarily-produced messages in its investigation. However, in an abundance of caution, I am requesting this search warrant to seize this information. To date, members of FBI have not relied on private messaging content voluntarily provided by Sniffies to obtain search warrant or a criminal complaint, as described below. Additionally, I am not relying on that content in support of this search warrant.

## II.     BACKGROUND REGARDING CYBERSTALKING

6.     Title 18, United States Code, Section 2261A(2) makes it a federal offense to, "with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person," use the mails or "any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that," (A) "places that person in reasonable fear of the death or of serious bodily injury to a person; or (B) "causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress" to "that person [or] an immediate family member of that person."

## III.    FACTS SUPPORTING PROBABLE CAUSE TO SEARCH

### *Introduction*

7.     In August 2021, an individual I refer to herein as Victim-1 met Kevin CRUZ ("CRUZ") on Grindr, an online dating application for men. Victim-1 and CRUZ resided in Oak Park, Illinois, at the time. Initially, Victim-1 and CRUZ contacted each other on Grindr seeking to potentially initiate an intimate relationship. CRUZ expressed to Victim-1 that he wished to pursue a deeper romantic relationship, although Victim-1 was not interested.

8.     Over the next few months, CRUZ engaged in a campaign of harassment targeted at Victim-1 and Victim-1's family and friends. For example, CRUZ sent thousands of text messages, primarily utilizing "spoofed" telephone numbers, to

Victim-1. On several occasions CRUZ sent nude photographs of Victim-1, which Victim-1 had previously provided to CRUZ at the outset of their relationship, to members of Victim-1's family and to Victim-1's acquaintances.

9. Additionally, CRUZ created numerous profiles on various dating websites, including Grindr, Double List, Scruff, and Sniffies, purporting to be Victim-1. Those profiles generally included photographs of Victim-1, including near-nude photographs of Victim-1. CRUZ, falsely pretending to be Victim-1, communicated with various users on those dating websites to arrange purported meetings at Victim-1's house for sex or sexual favors. Between December 2021 and February 2023, hundreds of men showed up at Victim-1's residence seeking in response to the impersonating profiles, including in some instances, multiple men on particular days. As a result, Victim-1 and his family suffered significant emotional distress. I am seeking this search warrant to obtain information associated with the **Subject Accounts**, which are accounts created at Sniffies that appear to be either impersonating profiles or otherwise involved CRUZ or Victim-1.

10. On July 13, 2022, the Circuit Court of Cook County, Illinois, issued a "Stalking No Contact Order," under case number 2022OP40018, which prohibited CRUZ from, among other things, "stalking" Victim-1, including "acts in which [CRUZ] directly or indirectly, by any action, method, device or means follow, monitor observe, surveil, threaten or engage in other contact, or interfere with or damage a person's property or pet." The order also prohibited CRUZ from having any contact with

Victim-1, from coming with 1,000 feet of Victim-1's residence, and publishing, sharing, disseminating, or distributing any photographs of Vicitm-1 by any means. The order is active until July 10, 2024. Despite the issuance of the order, CRUZ continued to harass Victim-1.

11.     Recently, after, as described below, Victim-1 conducted an undercover meeting with CRUZ, CRUZ continued to harass Victim-1 directly, including sending text messages, sending flowers and food items to Victim-1's residence.

12.     On May 16, 2023, the Hon. Beth W. Jantz signed a criminal complaint and authorized the issuance of an arrest warrant for CRUZ, charging him with one count of cyberstalking in violation of 18 U.S.C. § 2261A, under case number 23 CR 305. Later that evening, members of FBI arrested CRUZ at his residence, located at 511 S. Kenilworth Ave., Oak Park, Illinois ("CRUZ's Residence"). FBI also executed a search warrant at that residence and seized, among other items, electronic devices utilized by CRUZ.

*Information Provided by Victim-1*

13.     I have personally interviewed Victim-1 on several occasions, and have reviewed reports of prior interviews of Victim-1 conducted by members of a local police department in the Western Suburbs of Chicago. Initially, Victim-1 resided in Oak Park, Illinois, but more recently has moved to another suburb to live with relatives. Victim-1 does not have a criminal history, and information provided by Victim-1 is corroborated by independent sources, as described below. Victim-1

identified CRUZ based on a picture taken off CRUZ's personal blog. Below I summarize some of the information provided by Victim-1.

14. On August 12, 2021, Victim-1 and CRUZ met on Grindr. Victim-1 shared nude photographs of himself via Grindr with CRUZ with the initial intention of pursuing an intimate relationship. After the two began talking, CRUZ expressed interest in personal training sessions with Victim-1 and they exchanged phone numbers. Victim-1 began providing personal training sessions to CRUZ three times a week in Oak Park from August 2021 through December 2021. In exchange for the sessions, CRUZ paid Victim-1 via Cash App, an electronic payment application. As the sessions continued, CRUZ began to show a deeper romantic interest in Victim-1. Victim-1 told CRUZ that he was not interested in pursuing anything romantic. CRUZ was dismayed by Victim-1's lack of interest in a more intimate relationship.

15. On or about December 19, 2021, Victim-1 found a Grindr profile purporting to be Victim-1 soliciting sex. The impersonating profile included near-naked photographs Victim-1 shared with CRUZ during the summer of 2021. On December 27, 2021, Victim-1 terminated communication with CRUZ, and stopped responding to his text messages. CRUZ then began sending threatening text messages to Victim-1, primarily utilizing "spoofed" telephone numbers. I have reviewed copies of these text messages, which corroborate information provided by Victim-1. I believe, as described in more detail below, that although the text

messages were sent utilizing "spoofed" telephone numbers, CRUZ sent these text messages to Victim-1.

16.     Over the phone a short time later, CRUZ admitted to Victim-1 that he created the impersonating profile. Victim-1 then refused to communicate with CRUZ, but CRUZ continued to try to contact Victim-1 to apologize and stated that he would take the profile down if Victim-1 agreed to speak with him. When Victim-1 refused, CRUZ retaliated by creating more impersonating profiles soliciting sex on Scruff, Double List, and Sniffies,[3] in addition to the Grindr profile.  Some of the impersonating profiles messaged individuals Victim-1's full name and home address. As a result, from December 2021, to April 2021, hundreds of men showed up unannounced at Victim-1's Oak Park apartment, looking for sex or sexual favors in response to the impersonating profiles.

17.     In some instances, Victim-1 would speak to these individuals, who would tell Victim-1, in general, that they thought they were speaking to Victim-1 on the dating apps. These individuals stated they were told on the dating app to show up at Victim-1's residence and enter without knocking and if Victim-1 told them to stop, it was part of role playing and to continue to try to have sex with Victim-1. Additionally, at times these individuals would provide information regarding the impersonating profiles, including the user names and dating application service utilized.

---

[3] These are all social networking sites for men seeking other men for romantic and/or sexual activity.

10

18. As a result, Victim-1 later moved out of his Oak Park apartment and moved in with Victim-1's parents in a suburb of Chicago. From April 2021 to February 2023 hundreds of men showed up unannounced seeking sex and sexual favors in response to the impersonating profiles at Victim-1's parent's residence. Between this time, there were days when multiple men would show up at Victim-1's parents' address. Some of these men were advised by the impersonating profiles to try to enter the residence unannounced and that when Victim-1 confronted them, it was all a part of role playing. As a result, the local police department parked a marked patrol vehicle on the street near Victim-1's house to stop men from going to Victim-1's house.

19. Victim-1 was able to capture screenshots of some of the impersonating profiles, including profiles created on Sniffies, and has provided copies of those to me. I have reviewed those copies, which corroborates information provided by Victim-1.

20. Victim-1 reported that he experienced substantial emotional distress as a result of the numerous men traveling to his house seeking sexual favors as well as the numerous text messages sent by CRUZ to Victim-1. Victim-1 also reported that CRUZ's conduct placed him in fear of serious bodily injury, including fear of violence and sexual assault from individuals instructed to go to Victim-1's residence and have sex with him even if he resisted.

21. Additionally, from March 2022 to present, family members of Victim-1 were sent nude photos of Victim-1. These photos were the same ones that were sent

to CRUZ by the Victim when they first met on a dating app. Victim-1's mother received nude photos in March 2022. Victim-1's two brothers received nude photos of the Victim in April 2022. In November 2022, the nude photos were sent to approximately 10 people via Instagram. The individuals who received these photos were cousins, aunts and the boss of Victim-1. I have reviewed copies of these messages, which corroborated information provided by Victim-1. For instance, on or about March 12, 2022, Victim-1's mother received a text message attaching a nude photograph of Victim-1 from a "spoofed" telephone number. A different telephone number sent the same photograph two times to Victim-1's mother on March 13, 2022. On March 14, 2022, Victim-1's mother received a text message identifying the sender as "KC," which are the initials for CRUZ, and stating in sum and substance that he was trying to make things right with Victim-1. [4] On April 21, 2022, Victim-1's mother received a text message with a screen shot of an individual performing oral sex with a message stating in sum and substance that this is your son's first OnlyFans[5] video.

---

[4] All quotations set forth in this affidavit are in draft form. At various points in this affidavit, I will offer my understanding and interpretation of certain statements, including text messages and recorded conversations, in bracketed comments. My understanding and/or interpretation of these conversations is based upon the contents of the conversations, the context of both prior and subsequent conversations, information received from Victim-1 and other law enforcement officials, my knowledge derived from this investigation, and my experience and familiarity with cyberstalking investigations. Except as noted, the summaries of conversations contained in this affidavit represent a review of the text messages and audio/video recordings and do not represent finalized transcripts of the conversations and may not represent the entire conversation that occurred between the identified individuals.

[5] OnlyFans is a is a social media website and application that hosts content from creators, including individuals who produce pornography.

Victim-1's mother also received a text message stating that the sender would be posting and sending additional videos. Additionally, Victim-1's mother received a text message attaching a mugshot of an individual with a message stating, "Gonna b worse from here ;)," and stating, "sending now." I believe, based on my training and experience, that the sender was telling Victim-1's mother that he would be sending a felon to her residence.

22. In April 2022, Victim-1's mother received a text message from a "spoofed" telephone number stating, "holy fuck [Victim-1] rly killed him. Just posted on blog hanging himself and taking meds. [Victim-1] rly did it. U got what u wanted. U killed tat f[**] 5 police cars and ambulance to take his body." I believe, based on my training and experience, that the sender of this message was falsely telling Victim-1's mother that Victim-1 had committed suicide.

*Information Provided by Sniffies*

23. During this investigation, I communicated with a representative from Sniffies, and provided general information about the investigation, including the identity of Victim-1. In response, Sniffies identified several accounts that appeared to be related to the investigation, and subsequently, Sniffies produced records to FBI for those and other accounts. The accounts identified by Sniffies included the **Subject Accounts**, which, as described in greater detail below, appeared to be fake profiles impersonating Victim-1 or otherwise involved Victim-1 or CRUZ. Sniffies provided registration and other subscriber information regarding the **Subject**

13

**Accounts**, including email addresses, IP addresses, account creation timestamps, and location information.

24.     The **Subject Accounts** were also created by various Google, Yahoo and Microsoft Outlook email addresses.  Seven of the Google email addresses were linked to CRUZ's Google Pay account.  Four of the Yahoo email addresses used to create some of the Sniffies accounts were verified utilizing telephone number (708) 490-6967, which is a T-Mobile cellphone number registered to CRUZ at an address in Schaumburg where CRUZ lived between 2016 and 2020.

25.     Specifically, Sniffies provided the following information regarding the **Subject Account 1 to Subject Account 41**:

a.     User ID: 63a869489f4fc5001c1419ec ("**Subject Account 1**") This account was created on December 25, 2022.  The email address used to register this account was an outlook.com email address including Victim-1's first name.  Additionally, photographs of Victim-1 were posted as profile photographs to this account, including nude photographs of Victim--1.

b.     User ID: 6399076602908f001d0cd5c5 ("**Subject Account 2**"): This account was created on December 13, 2022.  Photographs of Victim-1 were posted as profile photographs to this account, including nude photographs of Victim-1.

c.     User ID: 633bfc10c8564f001de6046c ("**Subject Account 3**"): This account was created on October 4, 2022.  Nude photographs of Victim-1 were

posted as profile photographs to this account. Location information captured by Sniffies revealed that the account was accessed in the vicinity of Oak Park, Illinois, where defendant resided.

        d.     User ID: 627f063648b44816568ced99 ("**Subject Account 4**"): This account was created on May 14, 2022. The account was purchased utilizing a credit card registered to CRUZ. Photographs of Victim-1 were posted as the profile photographs to this account, including nude photographs of Victim-1.

        e.     User ID: 6258d7031062620f721eedcb ("**Subject Account 5**"): This account was created on April 15, 2022. The account was purchased utilizing a credit card registered to CRUZ. Photographs of Victim-1 were posted as the profile photographs to this account, including nude photographs of Victim-1.

        f.     User ID: 62426a88194e296b64e863a4 ("**Subject Account 6**"): This account was created on March 29, 2022. The email address used to register the account is a gmail.com address including Victim-1's first and last name. The account was purchased utilizing a credit card registered to CRUZ. Photographs of Victim-1 were posted as the profile photographs to this account, including nude photographs of Victim-1.

        g.     User ID: 633822995bcde9001d39ae97 ("**Subject Account 7**"): This account was created on October 1, 2022. Photographs of Victim-1 were posted to the account as profile photographs. The description posted to the account included Victim-1's name.

h.      User ID: 633f7963225d1c001db8b543 ("**Subject Account 8**"): This account was created on October 7, 2022. Photographs of Victim-1 were posted as profile photographs to the account.

i.      User ID: 634b32d5a94a67001db1dee2 ("**Subject Account 10**"): This account was created on October 15, 2022. Profile photographs of CRUZ were posted as the profile photographs to this account.

j.      User ID: 6340f195a81b6e001d72db3d ("**Subject Account 11**"): This account was created on October 8, 2022. The email address used to register this account was a gmail.com address that included Victim-1's first name. A photograph of Victim-1 was posted to the account.

k.      User ID: 62deb4a1b20284001d3e81ab ("**Subject Account 12**"): This account was created on July 25, 2022. The email address used to register this account was a gmail.com address that included Victim-1's first name and part of his last name. The account was purchased utilizing a credit card registered to CRUZ. Photographs of Victim-1, including nude photographs, were posted as profile photographs. The headline for the account listed Victim-1's address and stated, "into roleplay have set up," and indicated that the poster was interested in anal sex.

l.      User ID: 62e0c61d4e6191001d7d03df ("**Subject Account 13**"): This account was created on July 27, 2022. The email address used to register this account was a gmail address containing Victim-1's first name. The account was

16

purchased with a credit card registered to CRUZ. Photographs of Victim-1, including nude photographs, were posted to the account as profile photographs.

m.     User ID: 62e3ff97499ed3001f77804f ("**Subject Account 14**"): This account was created on July 29, 2022. The email address used to register the account was a gmail.com address containing Victim-1's first and last name. The account was purchased with a credit card registered to CRUZ. Photographs of Victim-1 were posted to the account as profile photographs.

n.     User ID: 62ec2e0994d20a001e4b4f31 ("**Subject Account 15**"): This account was created on August 4, 2022. The email address used to register the account was a gmail.com address containing Victim-1's first and last name. The account was purchased with a credit card registered to CRUZ.

o.     User ID: 62f0026b33e8d2001d4cac64 ("**Subject Account 16**"): This account was created on August 7, 2022. A photograph of Victim-1 was posted to the account.

p.     User ID: 62fac2c6904a24002b153568 ("**Subject Account 17**"): This account was created on August 15, 2022. The account was purchased with a credit card registered to CRUZ. Photographs of Victim-1 were posted to the account as profile photographs.

q.     User ID: 62fb0c1bd882e4007e3026c7 ("**Subject Account 18**"): This account was created on August 16, 2022. The account was purchased with a credit card registered to CRUZ.

17

r. User ID: 630c0a9289e59a059fd99893 ("**Subject Account 19**"): this account was created on August 29, 2022. The account was purchased with a credit card registered to CRUZ. Photographs of Victim-1 were posted to the account as profile photographs.

s. User ID: 630c1c1c83cba3051a94d6bd ("**Subject Account 20**"): This account was created on August 29, 2022. The account was purchased with a credit card registered to CRUZ.

t. User ID: 630c29e6dcde4a00d2140672 ("**Subject Account 21**"): This account was created on August 29, 2022. The account was purchased with a credit card registered to CRUZ. The headline was "Hmu [hit me up] on Insta [gram] and snap [chat]," and listed a username with Victim-1's first name.

u. User ID: 630e550b581c94004312b811 ("**Subject Account 22**"): This account was created on August 30, 2022. The account was purchased with a credit card registered to CRUZ. One of the profile photographs posted to the account appears to be a screenshot of Subject Account 21, which included the headline "Hmu [hit me up] on Insta [gram] and snap [chat]," and listed a username with Victim-1's first name.

v. User ID: 631b9b084fcfe908fa696ce0 ("**Subject Account 23**"): This account was created on September 9, 2022. The account was purchased with a credit card registered to CRUZ. Photographs of Victim-1 were posted to the account as profile photographs.

w.      User ID: 631f333e0e0a00038766aac1 ("**Subject Account 24**"): This account was created on September 12, 2022.  The email address used to register this account was a Yahoo email address containing Victim-1's first name.

x.      User ID: 632b64a734e67b0020981fd1 ("**Subject Account 25**"): This account was created on September 21, 2022.  Photographs, include photographs of a bare buttocks, were posted to this account as profile photographs.  These photographs do not appear to be of Victim-1, however, these photographs were posted to other of the **Subject Accounts** where Victim-1's photographs were posted, including Subject Account 3 and Subject Account 7.

y.      User ID: 632f22fec5fde9001c3b67e8 ("**Subject Account 26**"): This account was created on September 24, 2022.  Photographs of Victim- were posted to the account as profile photographs.

z.      User ID: 6303c9a24a858401c62ac99b ("**Subject Account 27**"): This account was created on August 22, 2022. The account was purchased with a credit card registered to CRUZ.  Photographs of Victim-1 were posted to this account as profile photographs.

aa.      User ID: 6324d67d18dc76001eac2bed ("**Subject Account 28**"): This account was created on September 16, 2022.  Photographs of Victim-1 were posted to this account as profile photographs.  The headline read, "Can host or meet at [location where Victim-1 provided personal training].  Hmu [hit me up] for location."

19

bb.     User ID: 6327ce780d935c001d0992a3 ("**Subject Account 29**"): This account was created on September 19, 2022. The headline read, "Enjoying being sucked or fucking in [gym where Victim-1 provided personal training] Lombard or oak brook sauna or shower. Can host in my office as rush [medical center]. hmu hit me up."

cc.     User ID: 6335a1b79d4951001fe9a649 ("**Subject Account 30**"): The account was created on September 29, 2022. The profile photograph posted to the account was an image of Victim-1 with the caption "[Victim-1's full name] missing (Oak brook)." The headline read, "Offering 2000 reward in any info in finding [Victim-1's first name and last initial]. Met with old man on here."

dd.     User ID: 63011f968f6d68013c954a7c ("**Subject Account 31**"): This account was created on August 20, 2022. The account was purchased with a credit card registered to CRUZ. Photographs of Victim-1 were posted to this account as profile photographs.

ee.     User ID: 63082c61f7d11d00cf8d8d51 ("**Subject Account 33**"): This account was created on August 26, 2022. The account was purchased with a credit card registered to CRUZ. Additionally, a photograph of a bare buttocks was posted to this account. This photograph was posted in connection with other of the **Subject Accounts** that also posted photographs of Victim-1, including **Subject Account 1**.

ff.     User ID: 63090afc82dde3001f8c330b ("**Subject Account 34**"): This account was created on August 26, 2022. The account was purchased with a credit card registered to CRUZ.

gg.     User ID: 63372b72535c5e001da50852 ("**Subject Account 35**"): This account was created on September 30, 2022. The headline included two email addresses for Victim-1, and instructed users to contact those addresses for "pics and videos or text me," and included Victim-1's telephone number.

hh.     User ID: 630106dcfdafde001d035637 ("**Subject Account 36**"): This account was created on August 20, 2022. Photographs of Victim-1 were posted to this account as profile photographs.

ii.     User ID: 630565e244bbf8002cf60328 ("**Subject Account 37**"): This account was created on August 23, 2022. The account was purchased with a credit card registered to CRUZ. The profile photograph appears to be of a knife puncturing a person's throat.

jj.     User ID: 630568caac5c79007fd5a215 ("**Subject Account 38**"): This account was created on August 23, 2022. The account was purchased with a credit card registered to CRUZ. Photographs of Victim-1, including nude photographs, were posted to this account as profile photographs.

kk.     User ID: 6308000ce1b88f002b47b5cd ("**Subject Account 39**"): This account was created on August 25, 2022. The account was purchased with a credit card registered to CRUZ.

21

ll.     User ID: 63af1ec875d693001d2c8f42 ("**Subject Account 40**"): This account was created on December 30, 2022. Sniffies identified this as one of the accounts relevant to the investigation and provided information related to the account. Additionally, location information associated with this account indicated that it was accessed approximately 0.1 miles from Victim-1's residence.

mm.    User ID: 63d4b05ad695fe001ce368a9 ("**Subject Account 41**"): This account was created on January 28, 2023. The email address used to register this account was an outlook.com address containing Victim-1's first and last initial. A photograph of Victim-1 was posted to the account as a profile photograph.

26.     In March 2023, Sniffies identified an additional account, **Subject Account 42**, which was created on March 19, 2023. Sniffies voluntarily provided public messaging content[6] related to this account, which indicated that **Subject Account 42** posted approximately 11 public messages seeking information on Victim-1 and offering a reward --- in some instances, specifically mentioning a $500 reward. For instance, on March 26, 2023, at 10:45 AM PDT, **Subject Account 42** posted the public message, "At least 500 reward for info and whereabouts on [Victim-1]. Needs to be found. Serious inquiries."

---

[6] Although FBI did not request private messaging content related to Subject Account 43, Sniffies voluntarily produced such information. As with other private messaging content produced by Sniffies to the FBI, I have not relied on such information to obtain search warrants or the criminal complaint, nor am I relying on that information to obtain this search warrant. Additionally, although I believe that FBI has a legal basis to utilize these messages in its investigation, I nevertheless am requesting this search warrant out of an abundance of caution.

*Records Provided by Rush University Medical Center*

27.     On April 15, 2022, Rush University Medical Center's ("Rush") Office of Institutional Equity initiated an investigation into allegations that CRUZ, a registered nurse in general medicine, violated Rush's prohibition against discrimination, harassment, and sexual misconduct.  At that time, Victim-1 also worked at Rush.  During the investigation, which was conducted independently by Rush and was not directed by law enforcement, CRUZ admitted to employees at Rush that he created an impersonating online social media profiles of Victim-1, which included photographs of Victim-1 and Victim-1's address, and that he continued to contact and reach out to Victim-1 despite being told to stop.  As a result of the investigation, CRUZ's employment at Rush was terminated on April 22, 2022.

28.     The Rush investigation was completed by Victim-2, an employee of Rush.  After the completion of the investigation, Victim-2 received multiple unwanted, repeated, and concerning electronic messages from CRUZ.  In these multiple contacts, CRUZ made reference to being a danger to himself and possibly others.

29.     Moreover, on April 22, 2022, CRUZ made rapid and successive contacts to Victim-3, another Rush employee, at least 7 times, and then also repeatedly attempted to contact other members of Victim-3's unit in an effort to reach Victim-3.  These repeated contacts were made while the staff was treating patients.  Victim-3 also received concerns from unit employees that have been contacted multiple times

23

by CRUZ to voice his displeasure with his termination, vowing to fight in the wake of his termination, and seeking his former co-workers support in attempting to regain his employment. Rush employees were concerned that a failure to support CRUZ would result in similar harassment as exhibited toward Victim-1. Because of this behavior, Rush and Victim-2 filed a workplace protection emergency restraining order pursuant to 820 ILCS 275 against CRUZ.

*Records from Bank of America*

30.    I have reviewed records from Bank of America for an account ending in 7737. The sole signatory on the account is CRUZ, and the address provided for the account is CRUZ's Residence. Transaction history for the account revealed that between April 2022 and October 2022, CRUZ made approximately 110 purchases at Sniffies most for approximately $6.99. I know, based on publicly available information as well as information provided by Sniffies, that Sniffies users can pay a fee to upgrade their accounts to "Sniffies Plus," which adds certain features including the ability to upload multiple profile photographs. In approximately 2022, the cost for Sniffies Plus was $6.99 for a one-week trial. The timeframe for these charges was consistent with impersonating Sniffies accounts described above.

31.    Additionally, the records show numerous purchases labeled "Spoofcard" between May 2022 and April 2023. Publicly available information from Spoofcard.com ("Spoofcard"), located at https://www.spoofcard.com, reveals that Spoofcard operates an application that gives users the ability to use a virtual

telephone number to place outgoing telephone calls or to send text messages. The Spoofcard application is available both on the Apple App Store and the Google Play application store. The timeframe of these charges is consistent with instances where Victim-1 or members of his family received text messages from "spoofed" telephone numbers.

*Consensual Recording between Victim 1 and Subject*

32. In late April 2023, in consultation with the FBI, Victim-1 contacted CRUZ to arrange for an in-person meeting, which was set for May 5, 2023. Prior to the meeting, CRUZ sent several text messages to Victim-1, including a text message sent on April 30, 2023 reading, "This is my real number [Victim-1]. I do have my other temp phone too. Please let me know. Planning on Friday. But want confirmation."

33. On May 5, 2023, Victim-1 conducted a consensual meeting between Victim-1 and CRUZ at a Starbucks Coffee located in Villa Park, Illinois. Members of FBI conducted surveillance of the meeting, and Victim-1 was provided with audio/video recording equipment. I monitored a contemporaneous audio feed of the meeting as it occurred, and I have also reviewed the audio/video recording of the meeting.

34. On that day, members of FBI observed Victim-1 park Victim-1's vehicle at the Starbucks. Victim-1 walked into the Starbucks. Subsequently, members of FBI observed CRUZ arrive at the Starbucks and walk inside. Below, I summarize

25

the pertinent portions of CRUZ and Victim-1's conversation. An exact transcript of the conversation has not been prepared, and the below quotations are summaries of the conversations only.

35. During the conversation, Victim-1 asked, "Do you realize like all the things you've done?" CRUZ replied, "I do know what's happened." Later, Victim-1 said, "Like, you used my pictures against me. My nude photos against me." CRUZ stated, "I don't really know why I did that." Later, Victim-1 said, "Like, first it started with my pictures, then you started to get my phone number out. Right?" CRUZ said, "Yeah." Victim-1 stated, "I mean, there's a lot of things like I have a lot of things that I have to process still like." CRUZ said, "If I could take it back I would." Victim-1 said, "I don't believe that."

36. Later in the conversation, Victim-1 said, "Admit that it's you like abusing my family . . . like all the messages from fake numbers to my family and to me. Like, it's hundreds in a day. . . ." CRUZ replied, "It was all me . . . Is that what you want to hear?" Later, Victim-1 asked, "I mean, how do you not think I'm going to like contact the police when there are people showing up to my house and asking for me to have sex with me . . . and not just one person, but how many people? How many people did you have conversations pretending to be me?" CRUZ stated, "I don't know." Victim-1 said, "Take a guess. I'd like to know." CRUZ said, "I don't know. A lot."

37.     Later in the conversation, Victim-1 said, "I'm talking about messages that I got that I'm going to send ex-convicts to your house."  CRUZ replied, "That's just, uh, I just said that to get a reaction out of you.  I feel like since I'm not---."  Victim-1 interjected, "That's very threatening.  Like you were threatening me."  CRUZ said, "Be a reaction for you to contact me."  Subsequently, Victim-1 said, "Well you said you wanted to apologize to my mom.  So what do you want to apologize to her for?"  CRUZ said, "For [UI] to your house."  Victim-1 said, "Well there's other things you did like saying that she's going to be raped.  Sending her my nude photo."  CRUZ said, "I want to apologize to your family, if you'll let me."

38.     Toward the end of the conversation, Victim-1 and CRUZ walked out of Starbucks and toward Victim-1's vehicle.  Victim-1 asked, "Ok, one last question is who wrote who wrote 'ho' on my car right here?  Who wrote this on my car?"  CRUZ said, "I wrote that."  Victim-1 asked, "You keyed my car?"  CRUZ said, "Yes."  Victim-1 then asked CRUZ to "get away from me" several times, but CRUZ attempted to block Victim-1 from getting into Victim-1's vehicle.  Ultimately, agents contacted local law enforcement, who made contact with Victim-1 and CRUZ.  Once CRUZ saw law enforcement, he left Victim-1 and went to his vehicle.  When law enforcement approached CRUZ to ask what was going on, CRUZ would not provide his name or any additional information.

*Recent Harassment by CRUZ*

39.     Victim-1 reported that after the above-described meeting with CRUZ, CRUZ sent numerous of text messages to Victim-1 utilizing "spoofed" telephone numbers.  Additionally, CRUZ has caused flowers and food items to be sent to Victim-1's residence.

40.     On May 11, 2023, Victim-1 reported that after leaving a gym, Victim-1 found a handwritten note left on the windshield of his vehicle.  The note asked Victim-1 to "please talk to him," which Victim-1 understood to refer to CRUZ.  Additionally, the note referenced the meeting on "Friday," which was the meeting between CRUZ and Victim-1 on May 5, 2023.  Additionally, the note indicated that "He's sending gifts and more."

41.     On May 12, 2023, Victim-1 received an email from a florist named Teleflora in connection with a delivery of flowers sent to Victim-1's residence.  The email stated, "Anonymous sent a special message just for you," and contained a link to a video file.  The video message from Teleflora's website was entitled, "A special message for [Victim-1] from K."  The video appears to have been shot utilizing the webcam function of a laptop computer, and depicts CRUZ laying in bed.  CRUZ's face is visible in the video.  During the video, CRUZ stated that he wanted to "right his wrongs I did with you, what I did."  Later, CRUZ said, "I can't give up on trying to fix this until I know that you're ok."  At the end of the video, CRUZ said, "I fucked up."

28

42.     Additionally, On May 14, 2023, CRUZ sent a text message to Victim-1 reading, "I did drive by your house earlier [Victim-1] to check in the gifts and arrangements.  Saw you grab the edible arrangements.  You were in backyard. [Victim-1] I want to fix this tell me how."

43.     On May 16, 2023, members of the a local suburban police department observed CRUZ outside a gym where Victim-1 provides personal training services. Officers observed CRUZ walk toward Victim-1's vehicle and place a note on the windshield before driving back to CRUZ's Residence.

## IV.    SEARCH PROCEDURE

44.     In order to facilitate seizure by law enforcement of the records and information described in Attachment A, this affidavit and application for search warrant seek authorization, pursuant to 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), to permit employees of Sniffies, LLC to assist agents in the execution of this warrant. In executing this warrant, the following procedures will be implemented:

a.     The search warrant will be presented to Sniffies, LLC personnel who will be directed to the information described in Section II of Attachment A;

b.     In order to minimize any disruption of computer service to innocent third parties, Sniffies, LLC employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the computer

29

accounts and files described in Section II of Attachment A, including an exact duplicate of all information stored in the computer accounts and files described therein;

45.     Sniffies, LLC employees will provide the exact duplicate in electronic form of the information described in Section II of the Attachment A and all information stored in those accounts and files to the agent who serves this search warrant; and

46.     Following the protocol set out in the Addendum to Attachment A, law enforcement personnel will thereafter review all information and records received from Sniffies, LLC employees to locate the information to be seized by law enforcement personnel pursuant to Section III of Attachment A.

## V.     CONCLUSION

47.     Based on the above information, I respectfully submit that there is probable cause to believe that evidence of violations of Title 18, United States Code, Section 2261A are located within one or more computers and/or servers found at Sniffies, LLC, headquartered at 522 W. Riverside Ave., Ste N., Spokane, WA 99201. By this affidavit and application, I request that the Court issue a search warrant directed to Sniffies, LLC allowing agents to seize the electronic evidence and other information stored on the Sniffies, LLC servers following the search procedure described in Attachment A and the Addendum to Attachment A.

FURTHER AFFIANT SAYETH NOT.

30

_____

Nicholas J. Murphy
Special Agent
Federal Bureau of Investigation

Sworn to and affirmed by telephone 26th day of May, 2023

_____

Honorable JEFFREY COLE
United States Magistrate Judge

31

## ATTACHMENT A

### I.  SEARCH PROCEDURE

1.  The search warrant will be presented to Sniffies, LLC personnel, who will be directed to isolate those accounts and files described in Section II below.

2.  In order to minimize any disruption of computer service to innocent third parties, company employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Section II below, including an exact duplicate of all information stored in the computer accounts and files described therein.

3.  Sniffies employees will provide the exact duplicate in electronic form of the accounts and files described in Section II below and all information stored in those accounts and files to the agent who serves the search warrant.

4.  Following the protocol set out in the Addendum to this Attachment, law enforcement personnel will thereafter review information and records received from company employees to locate the information to be seized by law enforcement personnel specified in Section III below.

### II.  FILES AND ACCOUNTS TO BE COPIED BY EMPLOYEES OF SNIFFIES, LLC

To the extent that the information described below in Section III is within the possession, custody, or control of Sniffies, LLC, Sniffies, LLC is required to disclose the following information to the government for the following **Subject Accounts**:

a.  User ID: 63a869489f4fc5001c1419ec ("Subject Account 1")

b.        User ID: 6399076602908f001d0cd5c5 ("Subject Account 2")

c.        User ID: 633bfc10c8564f001de6046c ("Subject Account 3")

d.        User ID: 627f063648b44816568ced99 ("Subject Account 4")

e.        User ID: 6258d7031062620f721eedcb ("Subject Account 5")

f.        User ID: 62426a88194e296b64e863a4 ("Subject Account 6")

g.        User ID: 633822995bcde9001d39ae97 ("Subject Account 7")

h.        User ID: 633f7963225d1c001db8b543 ("Subject Account 8")

i.        User ID: 634b32d5a94a67001db1dee2 ("Subject Account 10")

j.        User ID: 6340f195a81b6e001d72db3d ("Subject Account 11")

k.        User ID: 62deb4a1b20284001d3e81ab ("Subject Account 12")

l.        User ID: 62e0c61d4e6191001d7d03df ("Subject Account 13")

m.        User ID: 62e3ff97499ed3001f77804f ("Subject Account 14")

n.        User ID: 62ec2e0994d20a001e4b4f31 ("Subject Account 15")

o.        User ID: 62f0026b33e8d2001d4cac64 ("Subject Account 16")

p.        User ID: 62fac2c6904a24002b153568 ("Subject Account 17")

q.        User ID: 62fb0c1bd882e4007e3026c7 ("Subject Account 18")

r.        User ID: 630c0a9289e59a059fd99893 ("Subject Account 19")

s.        User ID: 630c1c1c83cba3051a94d6bd ("Subject Account 20")

t.        User ID: 630c29e6dcde4a00d2140672 ("Subject Account 21")

u.        User ID: 630e550b581c94004312b811 ("Subject Account 22")

v.        User ID: 631b9b084fcfe908fa696ce0 ("Subject Account 23")

w.     User ID: 631f333e0e0a00038766aac1 ("Subject Account 24")

x.     User ID: 632b64a734e67b0020981fd1 ("Subject Account 25")

y.     User ID: 632f22fec5fde9001c3b67e8 ("Subject Account 26")

z.     User ID: 6303c9a24a858401c62ac99b ("Subject Account 27")

aa.     User ID: 6324d67d18dc76001eac2bed ("Subject Account 28")

bb.     User ID: 6327ce780d935c001d0992a3 ("Subject Account 29")

cc.     User ID: 6335a1b79d4951001fe9a649 ("Subject Account 30")

dd.     User ID: 63011f968f6d68013c954a7c ("Subject Account 31")

ee.     User ID: 63082c61f7d11d00cf8d8d51 ("Subject Account 33")

ff.     User ID: 63090afc82dde3001f8c330b ("Subject Account 34")

gg.     User ID: 63372b72535c5e001da50852 ("Subject Account 35")

hh.     User ID: 630106dcfdafde001d035637 ("Subject Account 36")

ii.     User ID: 630565e244bbf8002cf60328 ("Subject Account 37")

jj.     User ID: 630568caac5c79007fd5a215 ("Subject Account 38")

kk.     User ID: 6308000ce1b88f002b47b5cd ("Subject Account 39")

ll.     User ID: 63af1ec875d693001d2c8f42 ("Subject Account 40")

mm.     User ID: 63d4b05ad695fe001ce368a9 ("Subject Account 41")

nn.     User ID: 64174cdb026314001dfcc2df ("Subject Account 42")

1.     all records or other information pertaining to that account or identifier, including all files, databases, and database records stored by Sniffies, LLC in relation to that account or identifier.

2.     all information in the possession of Sniffies, LLC that might identify the subscribers related to those accounts or identifiers, including names, addresses, telephone numbers and other identifiers, email addresses, business information, the length of service (including start date), types of services utilized, means and source of payment for services (including any credit card or bank account number), and information about any domain name registration.

3.     all records pertaining to communications between Sniffies, LLC and any person regarding the account or identifier, including contacts with support services and records of actions taken.

4.     Pursuant to 18 U.S.C. § 2703(d), the service provider is hereby ordered to disclose the above information to the government within 14 days of the signing of this warrant.

## III.   Information to be Seized by Law Enforcement Personnel

All information described above in Section II that constitutes evidence concerning violations of Title 18, United States Code, Section 2261A (the "**Subject Offense**"), as follows:

1.     Items related to the identity of the user or users of the **Subject Accounts**.

2.     Items related to the physical location of the users of the **Subject Accounts** at or near the times of the **Subject Offense**.

3.      Items related to the identities and contact information of participants in or witnesses to the **Subject Offense**.

4.      All communications involving Victim-1, including, but not limited to, communications sent or received by the **Subject Accounts**.

5.      All photographs, files or messages involving Victim-1, including, but not limited to photographs, files or messages sent or received by the **Subject Accounts**.

6.      All of the non-content records described above in Section II.

## ADDENDUM TO ATTACHMENT A

Pursuant to Rule 41(e)(2)(B) of the Federal Rules of Criminal Procedure, this warrant requires the recipient of the warrant to copy and produce the contents of an electronic account so that they may be reviewed in a secure environment for information consistent with the warrant.

The account provider shall provide the government only data that fall within the criteria as described in Attachment A(II), which may either be the entire contents of an account or only a subset of an account.

The government's review of the data shall be conducted pursuant to the following protocol:

The government must make reasonable efforts to use methods and procedures that will locate only those categories of data, files, documents, or other electronically stored information that are identified in the warrant, while minimizing exposure or examination of categories that will not reveal the items to be seized in Attachment A(III).

The review of electronically stored information contained in the account described in Attachment A may include the below techniques. These techniques are a non-exclusive list, and the government may use other procedures that minimize the review of information not within the list of items to be seized as set forth in Attachment A(III):

a. examination of categories of data contained in the account to determine whether that data falls within the items to be seized as set forth in Attachment A(III);

b. searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth in Attachment A(III);

c surveying various file directories and folders to determine whether they include data falling within the list of items to be seized as set forth in Attachment A(III);

d. opening or reading portions of files, and performing key word or concept searches of files, in order to determine whether their contents fall within the items to be seized as set forth in Attachment A(III); and

6

e. using forensic tools to locate data falling within the list of items to be seized as set forth in Attachment A(III).

Law enforcement personnel are not authorized to conduct additional searches for any information beyond the scope of the items to be seized by this warrant as set forth in Attachment A(III).  To the extent that materials produced by the account provider pursuant to this search warrant contain evidence of crimes not within the scope of this warrant appears in plain view during the government's review, the government shall submit a new search warrant application seeking authority to expand the scope of the search prior to searching portions of that data or other item that is not within the scope of the warrant.  However, the government may continue its search of that same data or other item if it also contains evidence of crimes within the scope of this warrant.